# Court of Appeals
# of the State of Georgia

ATLANTA,  August 30, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0130. SAMUEL LEE GHEE v. STATE OF GEORGIA.**

Samuel Lee Ghee filed suit against the State of Georgia and Georgia State University campus police officers alleging multiple claims. Ghee filed a motion for default judgment and a motion to strike hearsay statements. The trial court denied the motions, and Ghee filed this appeal.[1] The State of Georgia has filed a motion to dismiss the appeal.

Because the case remains pending in the trial court, Ghee was required to comply with interlocutory appeal procedures in order to appeal. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Ghee's failure to follow the requisite procedure deprives us of jurisdiction. See *Eidson v. Croutch*, 337 Ga. App. 542, 543 (788 SE2d 129) (2016). Accordingly, the motion to dismiss is hereby GRANTED, and this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/30/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Ghee directed his appeal to the Supreme Court, which transferred the case to this Court. See Case Number S18A1194, transferred June 18, 2018.